**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **JOSE ROBERTO FREITAS JUNIOR,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | **Civil Action No.** |
| **v.** ) | **26-12382-BEM** |
| ) | |
| **ANTONE MONIZ, et al.,** ) | |
| ) | |
| **Respondents.** ) | |

**ORDER GRANTING PETITIONER'S**
**EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

**MURPHY, J.**

The Court hereby GRANTS in part Petitioner Jose Roberto Freitas Junior's Motion and

enters a temporary restraining order ("TRO") pursuant to Federal Rule of Civil Procedure 65(b)

against Respondents Antone Moniz (Superintendent, Plymouth County Correctional Facility),

Patricia Hyde (Acting Field Office Director of the Boston Field Office of U.S. Immigration and

Customs Enforcement ("ICE") Enforcement and Removal Operations), Todd Lyons (Acting

Director of ICE), Markwayne Mullin (Secretary of the U.S. Department of Homeland Security),

and Todd Blanche (Acting Attorney General of the United States) (collectively, "Respondents"),

prohibiting Respondents, their officers, agents, and anyone acting in concert or participation with

Respondents from soliciting any signature or waiver from Petitioner, or interrogating him

concerning his immigration case, outside the presence of his counsel of record. The Court need

not address the remaining requests for relief because the Court's Order Concerning Service of

Petition and Stay of Transfer or Removal prohibits transfer or removal and directs Respondents to

provide "copies of any Notices to Appear, Warrants for Arrest of Alien, or Notices of Custody

Determination issued in connection with Petitioner's current detention" no later than 1:00 pm on May 28, 2026.  Dkt. 5 at 2; *see id.* at 4.  Accordingly, the Court DENIES Petitioner's Motion insofar as it seeks any other relief.

The Court also orders that Petitioner serve the pleadings and a copy of this Order on Respondents within twenty-four hours of this Order.

Respondents' opposition to the Motion is due by **Friday, May 29, 2026, at 3:00 p.m.** Petitioner may file a reply brief, limited to ten pages in length, by **Tuesday, June 2, 2026, at 3:00 p.m.**  Counsel shall appear in-person in Courtroom 12 for a hearing on the Motion at **10:30 a.m. on Wednesday, June 10, 2026.**

This TRO shall become effective immediately upon entry by this Court.  This TRO expires 14 days from its issuance, on June 10, 2026.

**So Ordered.**

/s/ Brian E. Murphy
Brian E. Murphy
Dated:  May 27, 2026            Judge, United States District Court
     2:45 p.m.

2