UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Jose Roberto Freitas Junior**,
                    Petitioner,

                                                    CIVIL ACTION
            V.                                      No.  26-12382-BEM

**Antone Moniz et al**,

            Respondents.

## ORDER OF DISMISSAL

MURPHY, D.J.

Pursuant to this Court's allowance of the Respondents Motion to Dismiss on June 2, 2026 [ECF

# 16], it is ORDERED that the above-entitled case is **DISMISSED**.

DATED:  June 4, 2026                        */s/ Brian E. Murphy*
                                            Brian E. Murphy
                                            United States District Judge